UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HYDROGEN PEROXIDE ANTITRUST LITIGATION | CIVIL ACTION NO. 05-666 |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS | CLASS ACTION |

### DIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION OF 3969410 CANADA INC. c.o.b. PARK AVENUE HAIR SALON AND DISTRIBUTECH INC. TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING MODIFICATION TO PROTECTIVE ORDER

The Direct Purchaser Plaintiffs, by their undersigned counsel, hereby respond to the motion of 3969410 Canada Inc. c.o.b. Park Avenue Hair Salon And Distributech Inc. To Intervene For The Limited Purpose Of Seeking Modification To Protective Order.

### RESPONSE

The Direct Purchaser Plaintiffs do not oppose the Canadian plaintiffs' motion to intervene for the limited purpose of seeking modification of the Protective Order, as such relief appears to be consistent with prevailing authority, including Judge Dubois's decision (citing other authorities) in *In re Linerboard Antitrust Litig.*, 333 F.Supp. 333 (E.D.Pa. 2004).

If the Court were to grant the Canadian plaintiffs' motion in whole or in part, the Direct Purchaser Plaintiffs will, of course, cooperate fully with all interested counsel for the Canadian plaintiffs and for defendants, to ensure that any proceedings that may occur pursuant to and as a result of any ruling on the Canadian plaintiffs' motion take place in an orderly and efficient fashion.

Dated:  July 11, 2006

Respectfully submitted,

BOLOGNESE & ASSOCIATES, LLC

By: _____
Anthony J. Bolognese (AJB3935)
Joshua H. Grabar (JHG1707)
One Penn Center
1617 JFK Blvd., Suite 650
Philadelphia, PA  19103
Telephone: (215) 814-6750
Facsimile: (215) 814-6764

Michael D. Hausfeld
William Butterfield
Reena Gambhir
COHEN MILSTEIN HAUSFELD
   & TOLL, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Robert N. Kaplan
Gregory Arenson
Jason Zweig
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
(212) 687-1980
(212) 687-7114 (fax)

Steven A. Kanner
William H. London
Douglas A. Millen
MUCH SHELIST FREED DENENBERG
   AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone: (312) 521-2000
Facsimile: (312) 521-2100

**Co-Lead Counsel for the Direct
Purchaser Plaintiffs**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HYDROGEN PEROXIDE ANTITRUST LITIGATION | CIVIL ACTION NO. 05-666 |
| This Document Relates To: <br><br> DIRECT PURCHASER ACTIONS | CLASS ACTION |

## CERTIFICATE OF SERVICE

I, Anthony J. Bolognese, one of the attorneys for plaintiffs, hereby certify that on the 11 day of July, 2006, a copy of the accompanying document request was served electronically upon all defendants' counsel of record, as identified on the accompanying service list.

_____
Anthony J. Bolognese

*Counsel for 3969410 Canada Inc. c.o.b.*
*Park Avenue Hair Salon And Distributech Inc.*

Timothy N. Matthews
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Jonathan W. Cuneo
David W. Stanley
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

*List of Defendants' Counsel/Eastern District of Pennsylvania*

Nancy J. Gellman
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
Telephone: (215) 864-8065
Facsimile: (215) 864-9620

Daniel G. Swanson
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-6430

Stephen C. McKenna
Monica Loseman
Gibson, Dunn & Crutcher LLP
1801 California St., Suite 4200
Denver, CO 80202-2641
Telephone: (303) 298-5700
Facsimile: (303) 296-5310

*Counsel for Defendants Akzo Nobel Chemicals International B.V. and Akzo Nobel, Inc. and EKA Chemicals, Inc.*

1

Howard D. Scher
Steven E. Bizar
Eliot G. Long
Buchanan Ingersoll PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 772-8700
Facsimile: (215) 772-8760

*Counsel for Defendant Arkema Inc., Atofina Chemicals, Inc.*

Richard G. Parker
Michael E. Antalics
Karin F.R. Moore
Hima Vatti
Laura M. Kam
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant Degussa Corporation*

Joseph A. Tate
Christine C. Levin
George G. Gordon
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for Defendant FMC Corporation*

Jeffrey S. Cashdan
Stephen P. Cummings
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5141

Barbara W. Mather
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

*Counsel for Defendant Kemira Chemicals, Inc.*

Steven W. Thomas
Adam S. Paris
Amanda C. Denaro
Sullivan & Cromwell
1888 Century Park East
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Alan J. Davis
Burt M. Rubin
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

*Counsel for Defendants Solvay America, Inc., Solvay Chemicals, Inc. and Solvay Interox, Inc.*