**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: HYDROGEN PEROXIDE ANTITRUST LITIGATION | : | Civil Action No:  05-0666 |
| | : | MDL Docket No: 1682 |
| THIS DOCUMENT RELATES TO: | : | |
| Conopco, Inc., et al v. Solvay Chemicals, Inc. et al, Case No: 06-2119 (E.D.Pa.) | : | |

**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF
PLAINTIFFS' AMENDED COMPLAINT AGAINST THE AKZO DEFENDANTS**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Conopco, Inc. and Reckitt Benckiser Inc. ("Plaintiffs") and Defendants Eka Chemicals, Inc., Akzo Nobel, Inc. and Akzo Nobel Chemicals International B.V. (collectively the "Akzo Defendants") stipulate and agree to the dismissal, with  prejudice, of Plaintiffs' Amended Complaint against the Akzo Defendants, each side to bear its own attorneys' fees and costs.  This is without prejudice to Plaintiffs' claims against  any  other  Defendants  or  alleged  co-conspirators  in  this  case.    A  proposed  Order accompanies this Stipulation as Exhibit "A."

Dated: January 24, 2008

Respectfully submitted,

KENNY NACHWALTER, P.A.
William J. Blechman, Esquire
201 S. Biscayne Blvd., Suite 1100
Miami, Florida  33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail:  wjb@kennynachwalter.com

By: _____
William J. Blechman

***Counsel for Plaintiffs Conopco, Inc. and
Reckitt Benckiser Inc.***

-and-

D. Jarrett Arp, Esquire
Daniel G. Swanson, Esquire
GIBSON DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-3704
Tel:    (202) 955-8678
Fax:    (202) 530-9527
E-mail:  jarp@gibsondunn.com
E-mail:  dswanson@gibsondunn.com


By: *Daniel G. Swanson / with permission*
    *WJB 1-24-08*

**Counsel for Defendants Eka Chemicals,
Inc., Akzo Nobel, Inc. and Akzo Nobel
Chemicals International B.V.**


## CERTIFICATE SCHEDULE

I hereby certify that on ___January 24___, 2008, a true and correct copy of the

foregoing Stipulation for Dismissal was filed electronically and is available for viewing and

downloading from the ECF system.

_____
William V. Blechman


315930.1

- 2 -



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: HYDROGEN PEROXIDE ANTITRUST LITIGATION | : : : : : | Civil Action No:  05-0666  MDL Docket No: 1682 |
| THIS DOCUMENT RELATES TO:  Conopco, Inc., et al v. Solvay Chemicals, Inc. et al, Case No: 06-2119 (E.D.Pa.) | : : : : : : : : | |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF**
**PLAINTIFFS' AMENDED COMPLAINT AGAINST THE AKZO DEFENDANTS**

This cause is before the Court, pursuant to Fed.R.Civ.P. 41, on the Stipulation of Plaintiffs Conopco, Inc. and Reckitt Benckiser Inc. (collectively "Plaintiffs") and Defendants Eka Chemicals, Inc., Akzo Nobel, Inc. and Akzo Nobel Chemicals International B.V. (collectively the "Akzo Defendants") to dismiss, with prejudice, Plaintiffs' Amended Complaint against the Akzo Defendants, each side to bear its own attorney's fees and costs.  The Court has considered the Stipulation, the record in this case, and being otherwise advised, it is

Ordered and Adjudged that the foregoing Stipulation of Plaintiffs Conopco, Inc. and Reckitt Benckiser Inc. to dismiss, with prejudice, Plaintiffs' Amended Complaint in this case against the Akzo Defendants be and the same is Accepted and Approved.  It is therefore

Ordered and Adjudged that Plaintiffs Conopco, Inc. and Reckitt Benckiser Inc. Amended Complaint against the Akzo Defendants be and the same is hereby dismissed, with prejudice, each side to bear its own attorneys' fees and costs.  This dismissal is without prejudice to Plaintiffs' claims against any other Defendants or alleged co-conspirators in this case.

Done and Ordered in Chambers in Philadelphia, PA this _____ day of _____, 2008.

_____
United States District Judge