## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
| Boise White Paper, L.L.C., Kimberly-Clark Corporation, MeadWestvaco Corp., Rayonier Performance Fibers, LLC, Smurfit-Stone Container Enterprises, Inc., and Blandin Paper Co., <br><br> v. <br><br> FMC Corporation and FMC Forest S.A. | CIVIL ACTION NO. 08-3629 <br><br> TO: (NAME AND ADDRESS OF DEFENDANT) <br><br> FMC Corporation <br> by serving its Registered Agent: <br> The Corporation Trust Company <br> 1209 Orange Street <br> Wilmington, DE  19801 |

### YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

   William J. Blechman, Esq.
   Kenny Nachwalter, P.A.
   201 South Biscayne Boulevard
   Suite 1100
   Miami, FL 33131

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: August 4, 2008 |

(By) Deputy Clerk

Tashia C. Irving

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  August 1, 2008 |
| NAME OF SERVER (PRINT)  William J. Blechman | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Counsel for Foxx Corp. agreed to accept service of the Summons and Complaint on August 1, 2008, and was given 60 days to respond to the Complaint. This agreement is confirmed in writing on August 1, 2008.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-08
              Date

Signature of Server

201 S. Biscayne Blvd.
Ste 1100, Miami, FLA 33131
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.