IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HYDROGEN PEROXIDE ANTITRUST LITIGATION | ) Civil Action No. 05-666 ) ) |
| | ) MDL Docket No. 1682 ) |
| THIS DOCUMENT RELATES TO: *McShares, Inc. v. Solvay Chemicals, Inc. et al.* Civil Action No. 09-CV-2095 | ) ) ) ) ) |

### PLAINTIFF MCSHARES, INC.'S WAIVER OF SERVICE EXECUTED

Pursuant to Fed.R.Civ.P. 4, and in accordance with this Court's Order dated October 9, 2009 (Doc. 605), plaintiff McShares, Inc., hereby gives notice that defendants Akzo Nobel, Inc., EKA Chemicals, Inc., FMC Corporation, Solvay America, Inc., Solvay Chemicals, Inc., Solvay Interox, Inc., have waived service of McShares' Complaint, dated February 27, 2009, prior to October 30, 2009. Waivers of service are attached as exhibits for the following defendants.

Exhibit A – Akzo Nobel, Inc.

Exhibit B – EKA Chemicals, Inc.

Exhibit C – FMC Corporation

Exhibit D – Solvay America, Inc.

Exhibit E – Solvay Chemicals, Inc.

Exhibit F – Solvay Interox, Inc.

Respectfully submitted,

**WHITE GOSS BOWERS MARCH SCHULTE & WEISENFELS P.C.**

BY: /s/ Thomas M. Bradshaw
    Thomas M. Bradshaw (pro hac vice)
    Matt J. O'Laughlin (pro hac vice)
    4510 Belleview, Suite 300
    Kansas City, Missouri 64111-3538
    (816) 753-0200
    (816) 753-9201 (Facsimile)

**GUNDERSON SHARP & WALKE LLP**

Rex A. Sharp (pro hac vice)
5301 West 75th Street
Prairie Village, Kansas 66208
(913) 901-0505
(913) 901-0419 (Facsimile)

**ATTORNEYS FOR PLAINTIFF MCSHARES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

                         /s/ Matt J. O'Laughlin

{40023 / 70030; 247150.}