IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: HYDROGEN PEROXIDE ANTITRUST LITIGATION | : : : | CIVIL ACTION NO. 05-666 |
| THIS DOCUMENT RELATES TO: | : : | |
| CONOPCO, INC., et al. v. ARKEMA, INC., et al. | : : : | MDL DOCKET NO. 1682 |
| and | : : | |
| CONOPCO, INC., et al. v. FMC FORET, S.A. | : : | |

## ORDER

AND NOW, this 31st day of March, 2010, upon consideration of the motion of FMC Corp. and FMC Foret S.A. (collectively "FMC") to dismiss the plaintiffs' claims for perborates purchases made in foreign commerce (docket entry # 613), the plaintiffs' response thereto (docket entry # 632), and FMC's reply (docket entry # 647), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. The motion to dismiss (docket entry # 613) is GRANTED;

2. Plaintiffs' claims for perborates purchases made in foreign commerce are DISMISSED; and

3. By April 9, 2010 the parties shall NOTIFY the Court by fax (215-580-2156) regarding whether mediation with Magistrate Judge Jacob P. Hart would be fruitful in resolving the plaintiffs' remaining claims against FMC.

BY THE COURT:


\_\_\s\Stewart Dalzell